UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
Eastern Division

Dawn Meegan
                Plaintiff,

v.                             Case No.: 1:20−cv−00465
                                              Honorable Thomas M. Durkin

NFI Industries Inc
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 12, 2022:

      MINUTE entry before the Honorable Thomas M. Durkin: Motion hearing held by telephone on 8/12/2022. The motion for preliminary approval of class action settlement [99] is granted without objection. The parties are to email Judge Durkin's courtroom deputy regarding the need for a Spanish−language notice. The final approval hearing will be set after that. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.