UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
Eastern Division

Dawn Meegan

                Plaintiff,

v.                                          Case No.: 1:20−cv−00465
                                                      Honorable Thomas M. Durkin

NFI Industries Inc

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 17, 2023:

      MINUTE entry before the Honorable Thomas M. Durkin: Motion hearing held by telephone on on 2/17/2023 regarding the motion for final approval of class action settlement [117]. No one was present on the call to object to the motion. For the reasons stated on the record, the motion for final approval of class action settlement [117] is granted. By 3/3/2023, counsel is to provide authority supporting their request for attorney's fees. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.